COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS


 
 
  
 ANA M. HUERTA,
  
                             Appellant,
  
 v.
  
 PEDRO D. HUERTA,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00017-CV
  
 Appeal from the
  
 65th
 District Court
  
 of El
 Paso County, Texas
  
 (TC# 2010CM2390)
  
 
 


MEMORANDUM
OPINION

 

Pending before the Court is Appellant’s motion
to resolve the appeal in accordance with the parties’ agreement as permitted by
Tex. R. App. P. 42.1(a)(2).  Accordingly, we grant the motion and set
aside the judgment of the trial court and remand the cause for entry of an
agreed judgment pursuant to the terms of the parties’ settlement
agreement.  Pursuant to Rule 42.1(d),
costs are taxed against Appellant.  See Tex.
R. App. P. 42.1(d).

 

                                                                        GUADALUPE
RIVERA, Justice

November 7, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.